

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00068-CR

Victor Manuel **PALOMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2009CRN001115-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

After receiving an extension of time, the reporter's record prepared by court reporter Ana Alcantar was due May 30, 2019. On that date, the court reporter filed a notification of late record requesting a thirty-day extension of time. After consideration, we **GRANT** the requested extension and **ORDER** the court reporter to file the record in this appeal **on or before July 1, 2019.**

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court